598

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST COLEMAN, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JOHN J. MILLER, Appellant, v. ROBERT MORSE, Respondent.— Motion for leave to appeal to the Court of Appeals upon a certified question denied. Memorandum: Since a new trial was ordered, there is a right to appeal by stipulation for judgment absolute. This court is without power to grant leave to appeal upon a certified question under these circumstances. (Matter of Restaurants & Patisseries Longchamps v. O'Connell, 296 N. Y. 239; Matter of Loewy v. Binghamton Housing Auth., 4 N Y 2d 1036; see Cohen & Karger, Powers of the New York Court of Appeals, pp. 289–290.) Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ FRIEDA MILLER, Appellant, v. ROBERT MORSE, Respondent.— Motion for leave to appeal to the Court of Appeals upon a certified question denied. See memorandum filed in companion case of Miller v. Morse (10 A D 2d 598). Present — Williams, P. J., Bastow, Goldman, and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. BARR, JR., Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN MINGO, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ In the Matter of ALAN I. LAPIDES, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles, Respondent.— Proceeding dismissed, without costs, for failure to comply with previous order.

■ FRANK MANZI, Appellant, v. CENTRAL NEW YORK WIRE CORP., Respondent.— Appeal dismissed, without costs, for failure to comply with previous order.

■ ROSARIO BUCCINA, Appellant, v. EDWARD BYRNES, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of DONALD D. DELANO et al., Respondents, against ARTHUR A. ARMS et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ PATRICIA DILL, an Infant, Respondent, v. RALPH F. MERNER, Appellant. ROBERT O. DILL, Respondent, v. RALPH F. MERNER, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before January 22, 1960 and case directed to be argued at March 1960 Term.

■ GILDA GEISS, Plaintiff, v. JOSEPH GEISS, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ ELBERTA HALPIN, as Administratrix of the Estate of FRANCIS HALPIN, Deceased, Appellant, v. R. C. CANNON et al., Respondents.— Appeal dismissed unless appellant's brief is filed and served on or before January 31, 1960.

■ In the Matter of the Estate of GOTHLIEB KITTELBERGER, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before February 15, 1960.

■ JAMES T. LUCIANO, Respondent, v. FRANCES M. BULLOCK et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ SAMUEL PALLADINO, Appellant, v. J. FRED OLDEMEINEN, Respondent. — Motion granted and appeal dismissed, with $10 motion costs.

■ ANNA WACHT, Appellant, v. ANTHONY WIATER, Respondent.— Motion to dismiss appeal denied and case set down for argument or submission on January 12, 1960. (Order entered Jan. 5.)